UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONISHA S. SAMUEL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HVM, LLC d/b/a STUDIO PLUS., )<br>)<br>Defendant. ) | Cause Number. 4:07CV2101 HEA |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motions to Dismiss, [Doc. No. 16]. Defendant seeks dismissal of Plaintiff's claims of national origin and sex discrimination. Plaintiff has filed an opposition to the motion. For the reasons set forth below, the Motion is granted, in part and denied in part.

In response to the Court's Opinion, Memorandum and Order of April 3, 2008, Plaintiff filed an Amended Complaint on April 11, 2008. This Amended Complaint is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* and the Equal Pay Act, 29 U.S.C. § 206(d)(1) and 215(a)(2) and (3).

Defendant moves to dismiss Plaintiff's claims of national origin discrimination and sex discrimination under Title VII because Plaintiff failed to exhaust her administrative remedies with the EEOC and the Missouri Human Rights

Commission. Plaintiff concedes the motion with respect to national origin discrimination. The motion, therefore will be granted in this regard.

With respect to her sex discrimination claim, Plaintiff objects to the motion "to dismiss Plaintiff's charge of sex discrimination pursuant to the Equal Pay Act." Thus, it appears that Plaintiff is not claiming sex discrimination under the provisions of Title VII, rather, her claim is brought for sex discrimination under the Equal Pay Act. In the April 3, 2008 Opinion, the Court observed that Plaintiff made no allegations of sex discrimination in her wages, and therefore, she did not state a cause of action under the Equal Pay Act. Plaintiff's new allegations of sex discrimination relate to her wages *vis a vis* male employees of Defendant and is alleging a claim under the Equal Pay Act. Insofar as Plaintiff does not appear to claim sex discrimination under Title VII, Defendant's motion is moot. If however, Plaintiff does indeed seek recovery under Title VII, Defendant's Motion is well taken based on the Court's Opinion of April 3, 2008. Plaintiff has failed to exhaust her administrative remedies with respect to a sex discrimination claim under Title VII and has failed to set forth sufficient allegations to excuse such failure.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, [Doc. No. 16] is granted with respect to Plaintiffs claim of national origin discrimination.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Plaintiff's claim of sex discrimination under Title VII is granted insofar as this claim is brought under Title VII.

**IT IS FURTHER ORDERED** that Plaintiff's Equal Pay Claim survives Defendant's current Motion to Dismiss.

Dated this 27th day of June, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE